# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LARRY D. CECIL,** | ) | |
| Petitioner, | ) | |
| vs. | ) | CIV-21-381-RAW-KEW |
| **SCOTT NUNN,** | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Oklahoma County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 3rd day of January, 2022

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**